UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELTON LAGARDE**                                                      **CIVIL ACTION**

**VERSUS**                                                                      **NO. 15-2377**

**SETH SMITH**                                                              **SECTION "S"(1)**

**O R D E R**

    The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

    **IT IS ORDERED** that the federal application for *habeas corpus* relief filed by Felton Lagarde is **DISMISSED WITHOUT PREJUDICE** because he has neither paid the required filing fee nor requested and been granted permission to proceed *in forma pauperis*.

    New Orleans, Louisiana, this 6th day of October, 2015.

                                                        **UNITED STATES DISTRICT JUDGE**