UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FELTON LAGARDE** | **CIVIL ACTION** |
| **VERSUS** | **NO.  15-2377** |
| **SETH SMITH** | **SECTION "S"(1)** |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____  a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

\_\_\_X\_\_\_  a certificate of appealability shall not be issued for the following reason(s):

An appeal would not be taken in good faith for the reasons stated in the United States Magistrate Judge's Report and Recommendation (Doc. #4), which was adopted as the opinion of this court.

New Orleans, Louisiana, this __6th__ day of __October__, 2015.

*[signature: Mary Ann Vial Lemmon]*

**UNITED STATES DISTRICT JUDGE**